IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VERA L. HARRISON, | ) | Case No. 4:10-cv-00061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | By:  Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") (ECF No. 18) of the United States Magistrate Judge recommending an Order be entered in favor of the Commissioner. Plaintiff timely filed Objections (ECF No. 19) to the R&R.  I have examined the parties' motions and the record, and this matter is now ripe for review.  For the reasons contained in the accompanying Memorandum Opinion, I hereby **ADOPT** the Report and Recommendation in its entirety, **GRANT** the Defendant's Motion for Summary Judgment, **AFFIRM** the Commissioner's final decision, and direct the Clerk to **DISMISS** this case from the docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel of record and Magistrate Judge B. Waugh Crigler.

ENTERED this 12th day of September, 2011.

s/Jackson L. Kiser
Senior United States District Judge